# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, | )<br>)<br>) Case No.: 2:12-cv-01680-GMN-VCF |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| COOLIDGE 135, LLC, a Nevada limited liability company; JULI KOENTOPP, | ) |
| Defendants. | ) |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 46), which recommends that the Motion for Default Judgment (ECF No. 45) filed by Plaintiff Branch Banking and Trust Company be **GRANTED**.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

1    Here, no objections were filed, and the deadline to do so has passed.

2    Accordingly,

3    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 46) is
4    **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

5    **IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 45)
6    filed by Plaintiff is **GRANTED**.

7    **IT IS FURTHER ORDERED** that Plaintiff Branch Banking and Trust Company is
8    awarded attorneys' fees in the amount of $19,099.75 and costs in the amount of $5,538.74.

9    **IT IS FURTHER ORDERED** that that default judgment is entered against Coolidge
10   135, LLC in the amount of $5,282,310.14.

11   **DATED** this 7th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge