# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Branch Banking and Trust Company,

Plaintiff,

V.

Coolidge 135, LLC,

Defendant.

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01680-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Branch Banking and Trust Company and against Defendant Coolidge 135, LLC in the amount of $5,282.310.14. IT IS FURTHER ORDERED that attorneys fees in the amount of $19,099.75 and costs in the amount of $5,538.74 are awarded to Plaintiff.

4/7/15

Date

/s/ Lance S. Wilson

Clerk

/S/ TR

(By) Deputy Clerk